IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

GALVESTON DIVISION

| | | |
|---|---|---|
| GLEN E. NOBLES, #1217237 | § | |
| | § | |
| V. | § | CIVIL ACTION NO. G-05-443 |
| | § | |
| DOUG DRETKE, DIRECTOR, | § | |
| TEXAS DEPARTMENT OF CRIMINAL | § | |
| JUSTICE-INSTITUTIONAL DIVISION | § | |

## ORDER OF DISMISSAL

Before the Court for its Order of Acceptance is a Report and Recommendation of the Magistrate Judge, entered on August 29, 2005, which recommends that the Application for Writ of Habeas Corpus of Glen E. Nobles be dismissed. Nobles has filed objections to the Report and Recommendation, asserting that a loss of time-earning class status qualifies as lost good-time. Nobles is incorrect, for the reasons stated in the Report and Recommendation.

Having given this matter *de novo* review as required by 28 U.S.C. §636 (b)(1)(C), this Court finds that the Report and Recommendation of the Magistrate Judge is a well reasoned and correct application of relevant law and should be, and it is hereby, **ACCEPTED** in its entirety and incorporated by reference herein.

It is **ORDERED** that the Application for Writ of Habeas Corpus of Glen E. Nobles is **DENIED** and this case is **DISMISSED** with prejudice.

**DONE** at Galveston, Texas, this the 5th day of October, 2005.

Samuel B. Kent
United States District Judge